**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **Gregory E. Parker as Personal** | ) | **Case No.:  3:15-cv-04630-JMC** |
| **Representative of Estate of Caitlin Clark,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CONSENT ORDER FOR PRODUCTION** |
| | ) | **OF DOCUMENTS** |
| **Tin Roof Acquisitions Company, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant shall within ten days of the receipt of this signed Order produce a statement of its net worth at the end of the last fiscal year, and these documents are to remain confidential, not to be disclosed to any other person or entity, and may only be disclosed by Plaintiff's counsel to Plaintiff's financial expert.

Defendant shall within ten days of the receipt of this signed Order comply with Plaintiff's request to produce by producing its Federal Income Tax Returns with all schedules for the past three years.  This information shall be maintained as confidential by the Plaintiff, shall not be disclosed to any other party, and shall only be disclosed by Plaintiff's counsel to Plaintiff's financial expert, who is also to keep this information confidential.

Defendant shall within ten days of the receipt of this signed Order comply with Plaintiff's request to produce and produce its total alcohol sales at the Columbia location, which shall be kept confidential by the Plaintiff, shall not be disclosed to any other party, and may only be disclosed by plaintiff's counsel to Plaintiff's financial expert, who is also to keep this information confidential.

Plaintiff shall return all of this information to the Defendant's counsel at the end of the case and shall also return any such material disseminated to experts.

IT IS SO ORDERED.

s/J. Michelle Childs
Honorable J. Michelle Childs
United States District Court Judge

August 19, 2016
Columbia, South Carolina

1

I CONSENT:                                    I CONSENT:


s/William O. Sweeny, III                      s/Todd R. Ellis
Mark V. Gende, Esquire                        Todd R. Ellis, Esquire
William O. Sweeny, III, Esquire               Law Office of Todd Ellis, P.A.
SWEENY, WINGATE & BARROW, PA                  7911 Broad River Road, Suite 100
1515 Lady Street                              Irmo, SC  29063
Post Office Box 12129                         (803) 732-0123 (office)
Columbia, South Carolina 29211                (803) 732-0124 (fax)
(803) 256-2233 (office)                       Attorneys for Plaintiff
(803) 256-9177 (fax)
Attorneys for Defendant